Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(707) 361-0350

Attorney for Plaintiff
Stephanie Hives

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Hives,<br><br>    Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>    Defendant. | Case No. 2:14-cv-02953-CKD<br><br>**STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT AND ORDER** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has not had time to complete the brief. She is moving to a new office in San Francisco tomorrow and the search for the office space, the move and the planning associated with it has taken longer than she anticipated.

2. Plaintiff's counsel has emailed counsel for the commissioner and defendant's counsel is agreeable to a 60 day extension of time for Plaintiff to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on August 31, 2015, Defendant's reply brief on September 30, 2015 and Plaintiff's optional response brief on October 21, 2015.

Respectfully submitted,

Dated: June 30, 2015       /s/ Geri N. Kahn
                           GERI N. KAHN
                           Attorney for Plaintiff


Dated: June 30, 2015       /s/ Asim Modi
                           Asim Modi
                           Special Assistant United States Attorney
                           (*By email authorization from Cheryl Jenkins, Esq.
                           on 06/30/2015)


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

No further extensions of time will be granted to plaintiff.

Dated: July 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE