Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(707) 361-0350

Attorney for Plaintiff
Stephanie Hives

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Hives,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 2:14-cv-02953-CKD<br><br>**STIPULATION TO EXTEND DUE DATE BY FOUR DAYS OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT AND ORDER** |

　　　　Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a four-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

　　　　1.　　Plaintiff's counsel has been working diligently on the brief and needs a few more days to complete it.  She is a sole practitioner and has to deal with other matters with approaching deadlines.  She is aware of this Court's caseload and the need to expeditiously adjudicate cases.  The request for the extension is not the claimant's fault and the claimant should not be penalized for her attorney's need for more time to present her case.  There is no prejudice to the defendant if this request is granted

　　　　2.　　Plaintiff's counsel has emailed counsel for the commissioner and defendant's counsel is agreeable to a four- day extension of time for Plaintiff to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on September 4, 2015, Defendant's reply brief on October 5, 2015 and Plaintiff's optional response brief on October 26, 2015.

Respectfully submitted,

Dated: August 31, 2015       /s/ Geri N. Kahn
                             GERI N. KAHN
                             Attorney for Plaintiff


Dated: August 31, 2015       /s/ Asim Modi
                             Asim Modi
                             Special Assistant United States Attorney
                             (*By email authorization on 08/31/2015)

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 1, 2015
                             _____
                             CAROLYN K. DELANEY
                             UNITED STATES MAGISTRATE JUDGE