BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE HIVES, | Case No. 2:14-cv-2953-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to November 4, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension because counsel for Defendant needs additional time to evaluate the issues presented in the opening brief.  There is also good cause for this extension because counsel for Defendant is currently responsible for numerous district court

cases at various stages of litigation, as well as conducting discovery and preparing substantive motions in proceedings before the Equal Employment Opportunity Commission.

Respectfully submitted,

Date: <u>September 30, 2015</u>          LAW OFFICE OF GERI N. KAHN

By:     <u>/s/ Asim H. Modi for Geri N. Kahn*</u>
        GERI N. KAHN
        *Authorized by email on September 30, 2015
        Attorneys for Plaintiff

Date: <u>September 30, 2015</u>          BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH L. STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

By:     <u>/s/ Asim H. Modi</u>
        ASIM H. MODI
        Special Assistant United States Attorney
        Attorneys for Defendant

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until November 4, 2015 to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly

Dated:  October 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE